■ ABRAHAM KUZNETZ, Appellant, v. DORIS NEUMAN et al., Respondents.— Plaintiff, 83 years of age, has made a strong showing, supported by an unreserved and unequivocal affidavit by a physician, that because of the serious injuries received in the accident he will not survive for the length of time it will take for his case to come to trial. His motion for a trial preference under rule 151 of the Rules of Civil Practice should have been granted in the interests of justice (cf. *Gray* v. *F. & R. Trucking Co.,* 3 A D 2d 735, in which the medical showing was not adequate). Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion granted. Concur — Breitel, J. P., Botein, Rabin, Valente and McNally, JJ.

■ ABE WEISTROP, Individually and as a Stockholder of Necchi Sewing Machine Sales Corp., Suing in Behalf of Himself, and for the Benefit of Said Corporation and All Other Stockholders, Respondent, v. NECCHI SEWING MACHINE SALES CORP. et al., Respondents, et al., Defendant. ABE WEISTROP, Appellant, v. NECCHI SEWING MACHINE SALES CORP. et al., Respondents.— Order consolidating actions and removing action and transferring papers from Westchester County to New York County, unanimously reversed, with $20 costs and disbursements to the appellant and the motion denied. The pleadings in these actions do not show such similarity as would merit consolidation. Moreover, it was premature to direct consolidation on the basis of defenses that were the subject of an undetermined motion to strike for insufficiency. Order granting stay unanimously reversed and the motion denied. Concur — Breitel, J. P., Botein, Rabin, Valente and McNally, JJ.

■ JOHN F. FLEMING, INC., Appellant, v. SENTA GOERITZ et al., as Executors of ERICH J. GOERITZ, Deceased, et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Concur — Breitel, J. P., Botein, Rabin, Valente and McNally, JJ.